Clear Form

FILED

JAN 27 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DMR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BAMIDELE HAMBOLU )
)
 Plaintiff, )   CASE NO. CV 17    486
)
 vs. )   APPLICATION TO PROCEED
)   IN FORMA PAUPERIS
WASSERMAN-STERN; DAVID )   (Non-prisoner cases only)
WASSERMAN; DANIEL STERN )
 Defendant. )

I, __BAMIDELE HAMBOLU__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __0.00_____ Net: __0.00_____

Employer: __NONE_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.   Business, Profession or              Yes ___ No ✓
8 |          self employment?
9 |     b.   Income from stocks, bonds,           Yes ___ No ✓
10|          or royalties?
11|     c.   Rent payments?                       Yes ___ No ✓
12|     d.   Pensions, annuities, or              Yes ___ No ✓
13|          life insurance payments?
14|     e.   Federal or State welfare payments,   Yes ___ No ✓
15|          Social Security or other govern-
16|          ment source?
17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19| I LIVE WITH A PARENT WHO PAYS THE RENT AND OTHER HOUSEHOLD
20| EXPENSES.
21| 3.   Are you married?                         Yes ___ No ✓
22| Spouse's Full Name: N/A
23| Spouse's Place of Employment: N/A
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $ 0.00                    Net $ 0.00
26| 4.   a.   List amount you contribute to your spouse's support: $ 0.00
27|      b.   List the persons other than your spouse who are dependent upon you for support
28|           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

NONE _____

_____

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $ 0.00 Amount of Mortgage: $ 0.00

6. Do you own an automobile? Yes ___ No ✓

Make N/A  Year N/A  Model N/A

Is it financed? Yes ___ No ___ If so, Total due: $ 0.00

Monthly Payment: $ 0.00

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: NONE _____

_____

Present balance(s): $ 0

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ 800.00  Utilities: 60.00

Food: $ 150.00  Clothing: 0.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

- 3 -

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/27/2017                    *Bamidele Hambolu*

DATE                           SIGNATURE OF APPLICANT