1 | Name and Address _____

2 | _____

3 | _____

4 |

FILED
JAN 30 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DMR

Bumichele Humboki;
Lynn Calvin + Does 1-10
           Plaintiff/Petitioner

Case No. CV17 486

Document Name:

vs.

Notice of Motion
and Motion To File
Under Seal

Wasserman-Ster. Attorneys
           Defendant/Respondent
at Law

This is a notice of motion and motion to file under seal pursuant to Local Rule 79-5.

Jan 27, 2017

Lynn Garvin