FILED
JAN 30 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAMBIDELE HABOLU, IBUKUN HAMBOLU, and LYNN GAVIN,

Plaintiff,

v.

WASSERMAN-STERN ATTORNEYS AT LAW FIRM, DAVID P. WASSERMAN, DANIEL R. STERN, *et al.*,

Defendants.

No. C 17-486

**ORDER DENYING MOTION TO FILE COMPLAINT UNDER SEAL**

Pro se plaintiffs move to file this action under the Federal Debt Collection Practices Act under seal pursuant to Civil Local Rule 79-5. That rule provides that "[a] sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as 'sealable')." Plaintiffs not have identified any reason that their complaint is sealable, and on the face of the complaint, there appears to be no reason to file the complaint under seal. The complaint reveals plaintiffs' mailing address and their status as recipients of subsidies for low-income housing, but it does not reveal any sealable facts. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE