# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong                                                          GENERAL COURT NUMBER
  CLERK OF COURT                                                              510-637-3530

February 13, 2017

**Bamidele Hambolu**
1920 Ocean Ave., Apt. 2E
San Francisco, CA 94127

**Ibukun Hambolu**
1920 Ocean Ave. Apt 2E
San Francisco, CA 94127

**Lynn Gavin**
1920 Ocean Ave., Apt 2E
San Francisco, CA 94127

**David Paul Wasserman**
Wasserman-Stern Law Offices
2960 Van Ness Avenue
San Francisco, CA 94109-1020

Re:    Bamidele Hambolu, et al. v. Wasserman-Stern Attorneys

Case Number: 4:17-cv-00486-DMR

Dear Counsel/Parties:

        This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

        The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

        A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  All parties are requested to complete the attached form

documenting either consent or request for reassignment and file or e-file it with the Court by February 27, 2017.  Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  This form can be found on the Court's website at www.cand.uscourts.gov.

Susan Y. Soong

Clerk, United States District Court

Ivy Lerma Garcia, Deputy Clerk to the Honorable DONNA M. RYU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAMIDELE HAMBOLU, et al., | Case No.4:17-cv-00486-DMR |
| Plaintiffs, | |
| v. | **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
| WASSERMAN-STERN ATTORNEYS, et al., | |
| Defendants. | |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter.  Sign this form below your selection.

( )     **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )     **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                              NAME:
                                                         COUNSEL FOR:
                                                         (OR "PRO SE:)

                                                         _____
                                                         Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAMIDELE HAMBOLU, et al., | Case No.  4:17-cv-00486-DMR |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| WASSERMAN-STERN ATTORNEYS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bamidele  Hambolu
1920 Ocean Ave., Apt. 2E
San Fancisco, CA 94127

Ibukun  Hambolu
1920 Ocean Ave. Apt 2E
San Francisco, CA 94127

Lynn  Gavin
1920 Ocean Ave., Apt 2E
San Francisco, CA 94127

Dated: February 13, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

4