DAVID P. WASSERMAN (CA SBN 171923)
MARINA R. FRANCO (CA SBN 203665)
WASSERMAN-STERN
2960 Van Ness Avenue
San Francisco, California 94109-1020
Telephone:    (415) 567-9600
Facsimile:    (415) 567-9696

*Attorneys for Defendants,*
WASSERMAN-STERN ATTORNEYS,
DAVID P. WASSERMAN, and
DANIEL R. STERN

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAMIDELE HAMBOLU; INDIVIDUALLY; IBUKUN HAMBOLU; INDIVIDUALLY; LYNN GAVIN; INDIVIDUALLY; AND ALL OTHERS SIMILARLY-SITUATED;<br><br>Plaintiffs,<br><br>vs.<br><br>WASSERMAN-STERN ATTORNEYS at LAW FIRM; DAVID P. WASSERMAN, ESQ (SBN#171923); DANIEL R. STERN (sbn#159892); PRINCIPALS; BOND HOLDERS; SHAREHOLDERS; in individually and official capacity, and Does 1-100 et al.<br><br>Defendants. | Case Number:  CV17 486 DMR<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bamidele Hambolu, Ibukun Hambolu, and Lynn Gavin,

        Plaintiff(s)

v.

Wasserman-Stern Attorneys at Law, David P. Wasserman, and Daniel R. Stern,

        Defendant(s).

Case No. C V17486DMR

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: February 13, 2017

NAME: David P. Wasserman

COUNSEL FOR (OR "PRO SE"): All Named Defendants

*Signature*